UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RENA DECAROL LEE, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:11-CV-294-FL
)
AT&T MOBILITY SERVICES, LLC, )
)
Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 27, 2013, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 27, 2013, and Copies To:**

Rena DeCarol Lee (via U.S. Mail) P.O. Box 41516, Fayetteville, NC 28309
Robert E. Thomas, Jr. (via CM/ECF Notice of Electronic Filing)

March 27, 2013          JULIE A. RICHARDS, CLERK
                                      /s/ Christa N. Baker
                                 (By) Christa N. Baker, Deputy Clerk